UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:09CR39-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **PRELIMINARY ORDER** |
| ) | **OF FORFEITURE** |
| (1) JASON DENNYION CAMPBELL, ) | |
| ) | |
| Defendant. ) | |

In the First Superseding Bill of Indictment in this case, the United States sought forfeiture of property of the Defendant as property that was used or intended to be used to facilitate the crimes charged, which would be subject to forfeiture under 18 U.S.C. § 924, 18 U.S.C. § 981, 21 U.S.C. §853, 28 U.S.C. § 2461 and Fed. R. Crim. P. 32.2(b).

Defendant entered into a plea agreement; subsequently pled guilty to Counts One, Ten, eleven, Nineteen and Twenty-six in the First Superseding Bill of Indictment; and was adjudged guilty of the offenses charged in those counts. Based on the plea agreement stipulations, Defendant has agreed to forfeit specific property as described below.

It is therefore ORDERED:

1. Based upon Defendant's plea agreement and pleas of guilty, the United States is authorized to seize the following property belonging to Defendant, and it is hereby forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C.

**One Taurus .357 revolver, serial number ZC33580 and ammunition;**

**One .12 gauge Mossberg Shotgun, Model 500A, serial number J904283 and ammunition;**

**One .45 Smith and Wesson, semi-automatic pistol, Model 457, serial number VUV9484 and ammunition;**

**One .40 Sig Sauer, semi-automatic pistol, Model P239, serial number SA4-131528 and ammunition;**

**One .9mm Glock semi-automatic pistol, Model 19, serial number AKL297S and ammunition;**

**One .40 caliber Glock semi-automatic pistol, model 22, serial number CUP736US and ammunition;**

**One Norinco MAK90 7.62 caliber semi-automatic rifle, serial number 9327881 and ammunition;**

**One Colt .357 Python revolver serial number K91186 and ammunition;**

**One Entreprise Arms Model STG58C, .308 caliber semi-automatic assault rifle, serial number KR3327 and ammunition; and**

**One JLD Enterprise Model PTR-91 .308 caliber semi-automatic assault rifle and ammunition. Ruger .22 caliber revolver and ammunition.**

2. Pursuant to 21 U.S.C. §853(n)(1), the government shall publish notice of this order; notice of its intent to dispose of the property in such manner as the Attorney General may direct; and notice that any person, other than the Defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is the subject of this Order of Forfeiture, as a substitute for published notice as to those persons

so notified.

      3.  Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. §853(n).

                                    Signed: October 8, 2009

                                      Frank D. Whitney
                                      United States District Judge