UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 3:09CR39 |
| V. | ORDER |
| JASON CAMPBELL | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Pending Motion, (Doc. No.912 ) Motion to Seal to the Defendant's documents under his Motion for Reduced Sentence under the First Step Act of 2018 (Doc. No. 911)

**IT IS ORDERED**, that Defendant's Motion (Doc. No 912) is **GRANTED.**

Signed: October 6, 2021

Frank D. Whitney
United States District Judge